BENJAMIN B. WAGNER
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING INFORMATION ASSOCIATED WITH:<br><br>YOUNGRIDER2003@YAHOO.COM<br>WEDIDIT8085@GMAIL.COM<br>IRONFANGAZ223@GMAIL.COM<br>LOVEWILLIAMS000@GMAIL.COM<br>NUTANCDEV81@GMAIL.COM<br>BEDROCKROCKA916@GMAIL.COM | 2:16-SW-0150 CKD<br>2:16-SW-0151 CKD<br>2:16-SW-0152 CKD<br>2:16-SW-0154 CKD<br>2:16-SW-0155 CKD<br>2:16-SW-0156 CKD<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 7-1-2016

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS